Sealed
Public and unofficial staff access to this instrument are prohibited by court order

United States Courts
Southern District of Texas
FILED

*August 11, 2023*

Nathan Ochsner, Clerk of Court

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | CASE NO. **4:23-mj-1602** |
| | § | |
| vs. | § | |
| | § | FILED UNDER SEAL |
| ABIGAIL JO SHRY, | § | |
| Defendant. | | |

## MOTION TO SEAL

**COMES NOW,** the United States of America, and moves this Honorable Court to seal the Complaint and Affidavit in Support of Complaint filed in the above captioned case, as well as this motion and the corresponding order for the reason that the Affidavit contains personal identification information of victims the disclosure of which at this point in the prosecution would cause undue attention to those victims.

```
                              Respectfully submitted,
                              ALAMDAR S. HAMDANI
                              United States Attorney


                              /s/ Richard D. Hanes
                              _____
                              RICHARD D. HANES
                              Assistant United States Attorney
                              Southern District of Texas
                              (713)567-9375
```