# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS

United States of America

*versus*

Abigail Jo Shry

Case Number: 4:23−mj−01602

## Notice of Setting

**A proceeding has been set in this case as to Abigail Jo Shry as set forth below.**

**BEFORE:**
**Magistrate Judge Sam S Sheldon**

**LOCATION:**
Courtroom 700
United States District Court
515 Rusk Street
Houston, TX 77002

**DATE:** 9/13/2023

**TIME:** 11:00 AM

**TYPE OF PROCEEDING:** Bond Hearing
Applicable defendant(s) required to be present at the hearing.

Date:   August 16, 2023                                                    Nathan Ochsner, Clerk